# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART J. GROSS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 23-0633 |
| **v.** | : | |
| | : | |
| **HATBORO-HORSHAM SCHOOL DISTRICT** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 31st day of July 2023, upon consideration of Defendant Hatboro-Horsham School District's *motion to dismiss*, [ECF 5], Plaintiff Stewart J. Gross's response in opposition, [ECF 8], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **DENIED**.

                                             BY THE COURT:

                                             /s/ *Nitza I. Quiñones Alejandro*
                                             **NITZA I. QUIÑONES ALEJANDRO**
                                             *Judge, United States District Court*